UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Patrick E. Dullen, pro se
       Plaintiff

-v-

Sheriff Macdonald
Franklin County Sheriff's Department
Franklin County House of Corrections and Jail
Superintendent Byron
Deputy Superintendent Sheperd
Deputy Superintendent Hall
Deputy Superintendent Fitzpatrick



Food Service Administrator
C/O Challet
C/O Winn
       Defendant's

Civil Action # 05-30101-KPN

Jury Trial Demand

**Petition Pursuant to
42 U.S.C. § 1983**

**TAKE NOTICE,** the Plaintiff, Patrick E. Dullen seeks leave of this Court to proceed in; pro se and as an indigent person, to bring about an action under the above statute, claiming the Defendant's violated his Constitutional Rights under the First (1st), Eighth (8th) and Fourteenth (14th) amendments of the Constitution of the United States.

**PLEASE TAKE FURTHER NOTICE,** that the Plaintiff is offering in support of his claim the annexed affidavit bringing forth the grounds for this action.

## Affidavit in Support

**Procedural History**

1. The Plaintiff arrived at the Franklin County House of Correction on the 27th day of July, 2004.

2. The Plaintiff is a Federal Detainee awaiting resolution of his criminal case in the District of Vermont at Brattleboro, Vermont.

3. The Plaintiff upon his arrival informed the Medical Administrator Marilyn Morningstar of his medical needs. He has been being treated for a pinched nerve in his arm and neck. Upon informing the medical department of his injuries he signed consent forms allowing the medical department to obtain his records.

4. The Plaintiff was started on medication and saw the doctor at varied times.

5. On a number of occasions the medication the Plaintiff needed ran out and he was made to do without even though he had to endure pain of which it was unnecessary for him to have had to have as it was quite obvious when his medication was running out and the medical department should have refilled the prescription.

    a. It should be noted here though that there is a nurse here who has gone out of her way to make sure that the inmates that she works with have their medication.

        (i). The Plaintiff only knows her as Nurse Kerri, but she has done a fantastic job here. The Plaintiff ran out one time and she took it on

herself and went to the local pharmacy and obtained it for the Plaintiff.

6. The Plaintiff and other inmates have numerous times complained about the lack of food being served properly and being cold, or else uncooked.

7. The Plaintiff and other inmates have many times put in grievances and never received an answer.

8. The Plaintiff has submitted many requests to speak to a person who is of an upper echelon rank and never hears anything.

9. The Plaintiff has been threatened with retaliation if he submits this.

## Complaints

### Issues to be Addressed

1. There are in the cells all types of bugs, spiders and ants.

2. The cells have no ventilation except a hole that goes up to the roof and if that is used spiders and bugs come in through it.

3. The shower is something out of a night-mare, there is mold, fungus and all types of things growing in it.

4. The shower had no way to adjust the water to get the temperature right except to climb up the shower door using the slots between the bars to get a grip, then reach back behind you to turn the valve that shuts the water on and off.

    a. This had been like that for a great number of weeks and the have been numerous work-orders written on it and it would be patched with what ever the easiest manner was at the time, until this week an inmate (a federal

detainee) went in to take a shower and reached back to turn the water on and fell. They had to take him to the hospital in an ambulance. Then immediately they rushed in and fixed everything wrong with it. It took and injury though to get it done and that was only a quick fix.

5. The dentist who does the dental work here is a good dentist, but, he will only pull teeth.

    a. it if one thinks about it pretty foolish to take a person who has perfectly good teeth, yet may have one cavity, to pull the tooth instead of to fix the tooth.

    b. I have been waiting for the dentist to finish a set of dentures, since the month of August. I have had to ask the judge to put off my sentencing 4 times and that is ridiculous.

6. The medical here is sometimes good sometimes bad, it just seems to depend on the mood of the people.

    a. as stated above, there are three (3) nurses here who really out all their heart into doing a good job, they are; Mary Ann, Kerri and Dale.

    b. It seems really strange because the Medical Administrator, Nurse Morningstar, used to be a person one could talk to easily, now it seems she doesn't want to have much to do with any of us.

    c. There are times when the nurse who is doing medication, will drop a pill on her or his cart and then reach down to pick it up, and she won't be wearing gloves, as was stated of the three (3) named above, they never have these

4

problems.

7. The food service here is atrocious:

   a. the officer who does the tray hand outs wears gloves but no hair net.

   b. The food very often is cold, and slopped all over the tray, making it undesirable to eat.

   c. there has been occasion when there has been food that was not cooked, and was partly red, (usually this is with chicken, which is one of the more deadly things to eat when it is not cooked), but if you say something, they will tell you to move on or if you say one more word you get written up and locked in.

8. the heating system here malfunctions a lot according to the C/O's.

   a. I have been cold a good many times as they will turn it off during the day when it may be a little warmer, but it is still cold, then when night comes they will tell us they can't do anything until they make a round out side where the switch is.

   b. there have been times lately where I have gone to the officers about the heat and they say, well we have to wait until someone is going to do a farm round and then they will turn it on.

      (i). the only reason for this is they think they are saving an amount of money by not having the heat on.

## General Complaints

1. the laundry comes back and has stains in it or wet and they tell you to bad.

2. there is asbestos insulation all over the place in here, once again to bad.

3. there is lead paint all over the place.

4. all the trash from this place is piled up out in a garage like building and sits there for 3 or 4 days until they get a truck load to haul away.

5. there is virtually no law library here.

    a. they have only L. Ed's, F 2d's or F 3d's, as far as federal books go.

    b. they have an attorney that comes in, but he will tell you he has no Federal knowledge, and will not partake of a law-suit against the county because he works for the county.

6. The time allotted for inmates to use the library is totally dependent on what they have going on in the building, they will intentionally schedule one program right on top of another.

7. Inmates when ever they get in books or magazines may wait days and up to a week for their property to get to them.

    a. This is basically due to the fact that they only have "one" officer who is allowed to do the property. (he went on vacation and every one waited two weeks until he came back).

### Summation

The Plaintiff want to make note here that he believes the Court is well aware of the tactics that the administration here uses to stop people from making complaints to the Court. I know it is not the fault of the Court, as they cannot do anything until someone follows through with what ever action they bring forth. The Plaintiff is well aware of the

number of actions that get sent to the Court and they are not followed up. The Plaintiff knows that there are many problems here that need to be fixed. As a small example:

1. they are getting ready to break ground for the new jail and they are tearing down some buildings here, they had to bring in a firm to remove the asbestos insulation that was in one of the buildings and on one of the overhead pipes running between the buildings. This place is an accident waiting to happen. "But as the motto here goes; do what you want we will prevail." That seems to hold true.

The issues here are so bad that some of the employees of the jail have told the inmates to file a suit. They even know this place is an accident waiting to claim a victim as one officer put it to me. There are so many issues with this jail that it would be impossible to name every one of them, and the Plaintiff realizes that the is no way that everything could possibly be fixed, but there are things that need to be done now.

The Plaintiff can only speculate on what can be done here to help the inmates that have to deal with the things in this jail. I am though going to try and detail some things that hopefully can be done in my relief sought section.

It is a well known fact here at the jail that if you p***-off the administration they will and have no problem putting you in a situation that you are gonna be forced into a fight, just so you know they are the true power here. Once again the Plaintiff wants to make it a well known fact that as stated earlier in this action, there are officers here who are trying to get done the things they know should be done, even against the odds. They are named in the encaption, they are Captain Hill, Captain Brown, Captain Waldron, Captain Streetor, Captain T, Lieutenant Hubbard, and officers Basarache, Scott,

7

Carumba, Marsh, and many others. Just as there are the ones who love the job because it gives them the power to be in authority.

### Relief Sought

1. That the Court would write an order prohibiting the defendant's from taking any type of retaliatory action against the Plaintiff.

2. Order the administration to make immediate changes in the most harmful things.

3. Put together a team appointed by the Judge to do a surprise inspection. Every time anyone is going to come here to inspect, the administration knows so far in advance that there is nothing to see. Consequently that makes anyone who complains out to be a trouble maker and a liar.

4. Compensatory damages to be decided by a jury.

5. Punitive damages to be set by a jury.

6. Such further relief as this Court deems fair and just.

Executed on, March 28, 2005

Respectfully Submitted,
*Patrick E. Dullen*
Patrick E. Dullen, pro se
160 Elm Street
Greenfield, Ma. 01301

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Patrick Dullen, pro se

**DEFENDANTS**
Franklin County House of Corrections, et al

(b) County of Residence of First Listed Plaintiff  **Franklin**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Franklin**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Patrick Dullen, pro se
160 Elm St., Greenfield, Ma. 01301

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☒ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☒ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): **42 U.S.C. § 1983**

Brief description of cause: Violations of Plaintiff's (inmate) Constitutional Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE **None**
DOCKET NUMBER

DATE **04-01-05**

SIGNATURE OF ATTORNEY OF RECORD
*Patrick E. Dullen*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Patrick E. Dullen, pro se__
   __-v- Franklin County House of Correction__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   ___  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __None__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐    Central Division ☐    Western Division ☒

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Patrick E. Dullen, pro se__
ADDRESS __160 Elm Street, Greenfield, Mass 01301__
TELEPHONE NO. _____

Coversheetlocal.wpd - 10/17/02