Dear Clerk

    I was in error putting Nurse Practitioner Bimm in my complaint so I did not fill out a summons for him thank you.

                                                  *Patrick E. Duller*