Patrick E. Dullen, pro se
160 Elm Street
Greenfield, Ma. 01301

FILED
IN CLERK'S OFFICE

2005 MAY 16 P 4 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

May 8, 2005

Clerk of Court
United States District Court
Federal Building & Courthouse
1550 Main Street
Springfield, Ma. 01103

      re: 3:05-cv-30101(KPN)

Dear Clerk,

 My intention is not to cry on your shoulder but it would seem the Court there is the only place to rely on.

 As I stated in my complaint, if an inmate files an action here, there are a number of things they can and will do. Here is what they are doing to me as of May 6th.

1. Moved me to segregation, (this was forced on me by spreading a rumor I am a snitch).
2. As stated in my memorandum, they are going to try and get me transferred.

 I also in a letter to the Court, enclosed with the summons and Marshalls papers mentioned about a large number of guns. They put me in touch with a Sgt.

Redman from the Gill Police. As soon as he left and I was taken back to the block they spread it around I was talking to him. (I would like to speak to someone from A.T.F.) The person with the guns name is Ralph L. Gezelman, 4th

There is also some inmates here who are in P.C. (Protective Custody) for various reasons and every so often they move them into population and then after they all get beat up they move them back to P.C. where they are locked up 22 hours a day, no T.V. and are constantly being ridiculed by the CO's. They may file, their names are:
1. David J. Patnode
2. Charles J. Cummings
3. William J. Hoyt Jr.

They have an inmate here by the name of (last name, I don't know the first) Bateman who is accused of robbing the gas station and killing the pregnant lady, ( I definitely "do not" accept what he did) The CO's spread the word on him and allowed him to get beat by inmates really bad. Once again Gezelman was the one to do it.

The inmates here need help from your Court but are not allowed to get it. If possible you may want to check to make sure I am still here before you mail anything. If they move me I will send a

2

change of address as soon as possible.

I want to thank you so much for your kind help and consideration.

Sincerely,
Patrick E. Dullen