United States District Court
for the
District of Massachusetts

FILED
IN CLERK'S OFFICE

2005 MAY 16  P 4: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

Patrick E. Dullen, pro se
Plaintiff

-v-

Marilyn Morningstar,
Medical Administrator Franklin
County House of Corrections
Dr. Hsu, Dentist for Franklin
County House of Corrections
Defendants

Civil Action
# 3:05-cv-30101 (KPN)

Memorandum to
above action

Memorandum to
Case # 3:05-cv-30101 (KPN)

THE ABOVE NAMED, plaintiff brings forth this Memorandum to be attached to and be joined with the above numbered action.

Procedural History

1. The Plaintiff arrived at the Franklin County House of Corrections on July 27th, 2004.

2. Beginning approximately the first or second week

of August, 2004 the Plaintiff was seen by Dr. Hsu the facility dentist up to and through approximately the end of March or the middle of April. I was seen by him in reference to having new dentures made which had been approved by the U.S. Marshalls.

3. I was informed it would take 6 visits. Dr. Hsu came every 2 weeks, so it would take approximately 3 months.

4. I was not seen again until the end of October or the beginning of November. Nurse Morningstar was made aware of this constantly.
   a. during the last inspection by the State the medical department was found lacking in a number of areas.

5. I was scheduled to be sentenced on December 17, 2004 and it was again postponed in January, February, March, April and is now going to be done on May 13, 2005.
   a. The postponments were made for the following:
      (i). The dentist Dr. Hsu kept telling myself and medical next month.
      (ii). I complained constantly to medical, submitted sick call slips, grievances and

2

wrote a number of letters to medical and to the administration, and they accomplished not one thing.

6. On Tuesday May 3rd, 2005 a new dentist began work here.
   a. On May 3rd, 2005 he gave me my new dentures.
      (i). I told him they didn't feel right, but after talking to him it was decided I would try them.
      (ii). At the evening meal I bit into a piece of meat, (that was so tender I cut it with a fork) and the dentures came loose and fell out.

7. I have spoke to the nurses in an attempt to try to rectify the problem:
   a. I submitted sick call slips,
   b. I submitted a grievance,
   c. I wrote a letter, put it in an envelope and placed it in the medical box.
      (i) I have recieved no response

8. This morning while recieving my medication I recalled that on Saturday, May 7, 2005 I had spoken to Nurse Morningstar and was told by

her at that time:

   a. I am going to call Jeff Payne (the U.S. Marshall) and have him move you.

9. The only wrong I have done here was to try to get my dentures done and done correctly.

10. As I informed the Court in a letter last week about a couple of dangerous issues, after I spoke to someone here, they (the jail personnel) made sure the word was out that I said something.

### Summation

The medical department by and through the ineptness of it's administrator, Marilyn Morningstar has caused irrepairable harm to myself, by not causing the dental care given to me to be adequate. Due to having no dentures I have been forced to trade many meals for whatever I could get due to the fact of not being able to bite or chew. I have been ridiculed by Officers due to having no teeth.

Due to the kindness of the Marshall's okaying my dentures and to not be the cause of the money already spent being forfieted I asked for and

recieved due to the graciousness of the Court, the United States Assistant Attorney and my attorney the necessary time to get the work done.

If the dentures had been completed on time I would have been sentenced on December 17, 2005. Not only have I lost 148 days which I would have done while in New York, I would also have my dentures and would not have been in the environment here.

As stated in the body of the complaint under procedural history #6, page 2, the types of retaliation:
a. transfer to another institution.

The word has also been spread by the officers that I am a snitch forcing me to segregation or get beat by a group of inmates.

Relief Sought in the
Above Issue

1. From the Medical Administrator, Nurse Morningstar in her Official and Supervisory capacity, the sum of: Fifty One Thousand, Nine Hundred Forty Eight dollars, ($51,948.00) this being for the one hundred forty eight (148) days I lost and can never recover due

to her failure to address the dental problems brought to her attention as Medical Administrator.

2. From Nurse Morningstar in her, personal capacity the sum of: One Hundred Thousand Dollars; ($100,000.00)

3. From Dentist Dr. Hsu in his, professional capacity the sum of: Fifty One Thousand Nine Hundred Forty Eight dollars; ($51,948.00) this being for the one hundred forty eight days (148) I lost due to his unprofessional work and actions and not making my dentures correctly.

4. From Dentist Dr. Hsu in his personal capacity the sum of: Five Hundred Thousand Dollars; ($500,000.00)

5. From the Franklin County House of corrections the sum of: One Hundred Thousand Dollars; ($100,000.00)

6. An Order issued by this Court; a. freezing the personal assets of Nurse Morningstar and the Dentist Dr. Hsu; b. allowing only the expenditures necessary to maintain necessary expenses.

7. Such further relief as this Court deems fair and just.

executed on, May 8, 2005

Respectfully Submitted,
Patrick E. Dullen
Patrick E. Dullen, pro se
160 Elm Street
Greenfield, Ma. 01301

Certificate of Service

I certify I delivered by hand a true copy of this action to Nurse Morningstar and Dentist Dr. Hsu by handing this action to the Jail administration.

Patrick E. Dullen
Patrick E. Dullen, pro se