Patrick E. Dullen, pro se
Elmira Correctional facility
P.O. Box 500
Elmira, New York 14902-0500



United States District Court
Office of the Clerk
Federal Building & Courthouse
1550 Main Street
Springfield, Massachusetts 01103

May 28, 2005
Re: Dullen -v- MacDonald, et al
    Case # 05-cv-30101 (KPN)

Dear Clerk,

    This is to inform the Court of my new address. I was transferred on May 18, 2005. This is my 1ST chance to report this. I have been served no papers by the attorney for the Defendant's. If the Court could inform the Defendant's or their attorney I would appreciate it.

    Also if it would be possible for your office to forward Senator John Kerry's office address to me I would greatly appreciate it.

    Thank you for your kind time and consideration,

Respectfully,
Patrick E. Dullen
Patrick E. Dullen, pro se