Patrick E. Dullen, pro se
Five Points Correctional Facility
State Route 96, P.O. Box 119
Romulus, New York 14541

United States District Court
Office of the Clerk
Federal Building & Courthouse
1550 Main Street
Springfield, Ma. 01103

Re: 05-cv-30101 (KPN)

Dear Clerk,

    I am writing to inform you of my new address.

Executed on June 22, 2005

Sincerely,
Patrick E. Dullen
Patrick E. Dullen, pro se