Patrick E. Dullen, pro se
78658-012
NEOCC
2240 Hubbard Rd.
Youngstown, Ohio - 44505

July 17, 2005

United States District Court
Office of the Clerk of Court
Federal Building & Courthouse
1550 Main Street
Springfield, Ma. 01103

re: 05-cv-30101 (KPN)

Dear Clerk,

I am writing to inform you of another change of address. I sincerely apologize for any inconvenience I have caused. There will be one more, which should be the final one. I would also ask you to excuse the penmanship, as the injury I name in the action is progressively getting worse.

If there are any papers, ie; a Report & Recommendation or any findings I would greatly appreciate they be sent to me here.

Sincerely,
Patrick E. Dullen
Patrick E. Dullen, pro se.

Certificate of Service

I certify I have sent a change of address to; Sheriff MacDonald, et al c/o Franklin County House of Corrections, 160 Elm Street, Greenfield, Ma. 01301 by 1st class mail.

Patrick E. Dullen