UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK E. DULLEN, pro se<br>    Plaintiff,<br>v.<br><br>SHERIFF MACDONALD,<br>FRANKLIN COUNTY SHERIFF'S DEPARTMENT,<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS,<br>SUPERINTENDENT BYRON,<br>DEPUTY SUPERINTENDENT SHEPARD<br>DEPUTY SUPERINTENDENT HILL<br>DEPUTY SUPERINTENDENT FITZPATRICK,<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS<br>  MEDICAL DEPARTMENT<br>NURSE MORNINGSTAR, MEDICAL ADMINISTRATOR,<br>NURSE PRACTITIONER BIMM,<br>FOOD SERVICE ADMINISTRATOR,<br>C.O. CHALLET<br>C.O. WINN<br>    Defendants. | CIVIL ACTION<br>NO. 05-30101-KPN |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to the provisions of Rule 56 of the Federal Rules of Civil Procedure, the Defendants, Sheriff Macdonald, Franklin County Sheriff's Department, Franklin County House of Corrections, Superintendent Byron, Deputy Superintendent Shepard, Deputy Superintendent Hill, Deputy Superintendent Fitzpatrick, Franklin County House of Corrections Medical Department, Nurse Morningstar, Medical Administrator, Nurse Practitioner Bimm, Food Service Administrator, C.O. Challet, C.O. Winn and Dr. Hsu, Dentist for Franklin County House of Corrections move this Court to enter summary judgment in their favor because the Plaintiff has failed to state a claim upon which relief can be granted.

In support of such Motion, the Defendants state that since the Plaintiff Patrick E. Dullen is no longer a resident of Franklin County House of Corrections, he is barred from obtaining any injunctive relief. *See Affidavit of Sheriff Macdonald attached.* *Purvis v. Ponte*, 929 F.2d 822, 825 (1st Cir. 1991) (holding that former inmate's action against prison officials was moot because he no longer resided at the prison)

Further, insofar as Plaintiff's suit is brought against a Massachusetts institution and its administrators in their official capacities, it is barred under the Eleventh Amendment to the United States Constitution, which proscribes damage suits against states without their consent. *See Florida Prepaid Postsecondary Educ. Expense Bd. v. College Sav. Bank*, 527 U.S. 627, 634 (1999); *Hans v. Louisiana,* 134 U.S. 1, 20 (1890) and *Greenless v. Almond*, 277 F.3d 601, 606-07 (1st Cir. 2002)

WHEREFORE, the Defendants respectfully request that summary judgment be entered in their favor in the above-entitled action as the plaintiff has failed to state any claim upon which relief can be granted.

> Respectfully submitted,
> Commonwealth of Massachusetts
> By Its Attorney,
>
> THOMAS F. REILLY
> ATTORNEY GENERAL
>
> _____
> William P. O'Neill  BBO#379745
> Assistant Attorney General
> Western Massachusetts Division
> 1350 Main Street
> Springfield, MA 01103-1629
> (413)784-1240 FAX: 784-1244

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK E. DULLEN, pro se<br>    Plaintiff,<br>v.<br><br>SHERIFF MACDONALD,<br>FRANKLIN COUNTY SHERIFF'S DEPARTMENT,<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS,<br>SUPERINTENDENT BYRON,<br>DEPUTY SUPERINTENDENT SHEPARD<br>DEPUTY SUPERINTENDENT HILL<br>DEPUTY SUPERINTENDENT FITZPATRICK,<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS<br>  MEDICAL DEPARTMENT<br>NURSE MORNINGSTAR, MEDICAL ADMINISTRATOR,<br>NURSE PRACTITIONER BIMM,<br>FOOD SERVICE ADMINISTRATOR,<br>C.O. CHALLET<br>C.O. WINN<br>    Defendants. | CIVIL ACTION<br>NO. 05-30101-KPN |

## AFFIDAVIT OF FRED MACDONALD AS SHERIFF OF FRANKLIN COUNTY HOUSE OF CORRECTIONS

I, Fred Macdonald, do hereby depose and state under oath as follows:

1. I am the Sheriff of Franklin County House of Corrections in Franklin County.

2. Patrick E. Dullen was incarcerated at the Franklin County House of Corrections from July 27, 2004 to May 18, 2005.

3. Mr. Dullen is no longer being housed in the Franklin County House of Corrections.

This statement is made under the pains and penalties of perjury this 29th day of July 2005.

              _____
              Sheriff Fred Macdonald
              Franklin County House of Corrections