Patrick E. Dullen, pro se
73658-012
Federal Transfer Center
P.O. Box 898801
Oklahoma City, Ok. 73189-8801

U.S. District Court
Clerk of Court
Federal Building & Courthouse
1550 Main Street
Springfield, Ma. 01103
Re: 05-cv-30101-(KPN)

Dear Clerk,

As you can see I am once more I am in transit, I am going to end up at Fort Devens, Ma. at the Medical Center, which is my final stop.

During transit the Marshalls take all of your property, this causing me to have no addresses. So if possible, I would greatly appreciate it if you could contact the Defendants attorney.

Thank you for your assistance.

Sincerely,
Patrick E. Dullen
Patrick E. Dullen, pro se