Patrick E. Dullen, pro se

73658-012

Federal Transfer Center

P.O. Box 898801

Oklahoma City, Ok.

73189-8801

Clerk of Court

United States District Court

United States Courthouse

1550 Main Street

Springfield, Ma, 01103

Re: 3:05-cv-30101

Dear Clerk,

I wish to appeal the above case. There being a number of reasons:

1. The Court correctly states that the Defendant's motion for summary judgment was unopposed. It was unopposed because I never received it to oppose it.

   a. This is easily proven as everywhere I have been has a log showing "all" legal mail received.

2. I have notified the Court and Franklin County House of Correction (Sheriff MacDonald) every time my address has changed.

   a. I have never received

anything from the Court or Franklin County House of Corrections until this Order from the Court.

3. This is the only size paper they issue so I cannot prepare a Notice of Appeal.

4. Mail can only be sent out of here once a week
   a. That is on a Wednesday.

I would ask this Court to allow me to preserve

my right to appeal.

Respectfully,

*Patrick E. Dullen*

Patrick E. Dullen, pro se

Certificate of Service

I certify I have mailed a true copy of the above papers to: Franklin County House of Correction, located at: 160 Elm St. Greenfield, Ma. 01301 by 1ST Class, Pre-Paid U.S. Postage.

*Patrick E. Dullen*

Patrick E. Dullen

my right to appeal.

Respectfully,

Patrick E. Dullea

Patrick E. Dullea, pro se

Certificate of Service

I certify I have mailed a true copy of the above papers to: Franklin County House of Correction, located at: 160 Elm St. Greenfield, Ma. 01301 by 1ST Class, Pre-Paid U.S. Postage.

Patrick E. Dullea

Patrick E. Dullea