UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK E. DULLEN, pro se<br>                      Plaintiff,<br>v.<br><br>SHERIFF MACDONALD,<br>FRANKLIN COUNTY SHERIFF'S DEPARTMENT,<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS,<br>SUPERINTENDENT BYRON,<br>DEPUTY SUPERINTENDENT SHEPARD<br>DEPUTY SUPERINTENDENT HILL<br>DEPUTY SUPERINTENDENT FITZPATRICK,<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS<br>    MEDICAL DEPARTMENT<br>NURSE MORNINGSTAR, MEDICAL ADMINISTRATOR,<br>NURSE PRACTITIONER BIMM,<br>FOOD SERVICE ADMINISTRATOR,<br>C.O. CHALLET<br>C.O. WINN<br>                      Defendants. | CIVIL ACTION<br>NO. 05-30101-KPN |

## DEFENDANT'S SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, William P. O'Neill, Assistant Attorney General, hereby certify that on September 26, 2005, I served a copy of the foregoing DEFENDANTS' MOTION FOR SUMMARY JUDGMENT by first-class Mail, postage prepaid upon plaintiff pro se, at his last known address, Patrick E. Dullen, 73658, Federal Transfer Center, P.O. Box 898801, Oklahoma City, OK 73189-8801. This is the address listed for the Plaintiff in the court's Order of September 21, 2005.

    On October 4, 2005, this correspondence was returned to this office marked: "Return to Sender - Missing or incorrect inmate number Register number, unable to identify inmate identity" A copy is attached as Exhibit A.

    On October 4, 2005, I reserved served a copy of the DEFENDANTS' MOTION FOR SUMMARY JUDGMENT by first-class Mail, postage prepaid, upon plaintiff pro se, at other known addresses for the Plaintiff pro se, Patrick Dullen, 73658-012, NEOCC, 2240 Hubbard Road, Youngstown, Ohio 44505 and Patrick Dullen, Elmira Correctional Facility, P.O. Box 500, Elmira, New York 14902-0500

    I further certify that the Plaintiff has never filed a notice of change of address with the Defendants as required by the Federal Rules of Civil Procedure.

                                            Respectfully submitted,

Commonwealth of Massachusetts
By Its Attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

William P. O'Neill BBO#379745
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413)784-1240 FAX: 784-1244

Exhibit A

of the Attorney General
n Massachusetts Division
1ain Street
field, Massachusetts 01103-1629
/ww.ago.state.ma.us



PATRICK E. DULLEN, 73658
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

RECEIVED
OCT 04 2005
OFFICE OF THE
ATTORNEY GENERAL

RETURN TO SENDER
Missing or incorrect inmate
Register number, unable to
verify inmate identity