Patrick E. Dullen, pro se
Registration #73658-012
H-Unit A 2/224L
Federal Medical Center, Devens
P.O. Box 779
Ayer, Ma. 01432

FILED

U.S. DISTRICT COURT
DISTRICT OF MASS

October 10, 2005

United States District Court
    Office of the Clerk of Court
United States Courthouse
1550 Main St.
Springfield, Ma. 01103

Re: 3:05-cv-30101
    Dullen-v-MacDonald, et al

Dear Clerk,

    I am giving my change of address to the above permanent designated place of confinement. I am also in receipt of your order dated 9/21/2005 ordering the defendants to serve me with a copy of their motion for "Summary Judgment".

    The "Order" issued by the Court which was sent to FTC, Oklahoma City, Ok. was forwarded to me

here at this address. YET, once again I have received "Nothing" from the defendants.

Enclosed you will find a motion for an "enlargment of time to respond" which will also include a certificate of service to the defendants.

Sincerely,

Patrick E. Dullen

Patrick E. Dullen, pro se