United States District Court
for the
Western District of Massachussetts

Patrick E. Dullen, pro se
            Plaintiff
        -v-
Sheriff MacDonald, et al
            Defendants

Civil Action
# 3:05-cv-30101

FILED
05 OCT 13 A 10:15
U.S. DISTRICT COURT
DISTRICT OF MASS

Motion Requesting Enlargment
of Time to Respond

   Now Comes, the Plaintiff, Patrick E. Dullen, pro se praying this Honorable Court grant the "Motion Requesting Enlargment of Time to Respond" to the Defendants' "Motion for Summary Judgment" for the reasons shown below:

1. The Plaintiff has still never been served by the Defendants.
   (a). consequently the Plaintiff still has nothing to respond to.

2. The Plaintiff asks this Court to Order;
   (a). The Defendants to stop their dilatory and deceptive practices.
   (b). To comply with order of the Court and to serve the Plaintiff with a copy of their

motion for summary judgment.

The Plaintiff prays this Court will grant:
(a). an enlargment of time of thirty (30) days.
(b). such further relief as this Court deems fair and just.

Respectfully Submitted,

Patrick E. Dullen

Patrick E. Dullen, pro se

## Certificate of Service

I certify that true copies of the above attached papers have been sent by; pre-paid, 1ST class, U.S. Postage to; William P. O'neill, Office of the Attorney General-Western Massachusetts Division, located at; 1350 Main Street, Springfield, Ma. 01103-1629.

Patrick E. Dullen

Patrick E. Dullen, pro se

Patrick E. Dullen, pro se
Registration #73658-012
H-Unit A, 2/224 L
Federal Medical Center, Devens
P.O. Box 779
Ayer, Ma. 01432

October 10, 2005

William P. O'Neill
Office of the Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, Ma. 01103-1629

Re: 03:05-cv-30101
    Dullen -v- MacDonald, et al

Dear Sir,

This is to notify your office of a change of address to the permanent one shown above.

Respectfully,

Patrick E. Dullen

Patrick E. Dullen, pro se