|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS<br><br>PATRICK E. DULLEN, pro se<br>　　　　　　　　Plaintiff,<br>　　　v.<br><br>SHERIFF MACDONALD,<br>FRANKLIN COUNTY SHERIFF'S DEPARTMENT,<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS,<br>SUPERINTENDENT BYRON,<br>DEPUTY SUPERINTENDENT SHEPARD<br>DEPUTY SUPERINTENDENT HILL<br>DEPUTY SUPERINTENDENT FITZPATRICK,<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS<br>　　　MEDICAL DEPARTMENT<br>NURSE MORNINGSTAR, MEDICAL ADMINISTRATOR,<br>NURSE PRACTITIONER BIMM,<br>FOOD SERVICE ADMINISTRATOR,<br>C.O. CHALLET<br>C.O. WINN<br>　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 05-30101-KPN |

## DEFENDANT'S SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

　　　I, William P. O'Neill, Assistant Attorney General, hereby certify that on September 26, 2005, I served a copy of the foregoing DEFENDANTS' MOTION FOR SUMMARY JUDGMENT by first-class Mail, postage prepaid upon plaintiff pro se, at his last known address, Patrick E. Dullen, 73658, Federal Transfer Center, P.O. Box 898801, Oklahoma City, OK 73189-8801. This is the address listed for the Plaintiff in the court's Order of September 21, 2005. On October 4, 2005, this correspondence was returned to this office marked: "Return to Sender - Missing or incorrect inmate number Register number, unable to identify inmate identity" On October 4, 2005, a copy of the DEFENDANTS' MOTION FOR SUMMARY JUDGMENT by first-class Mail, postage prepaid, upon plaintiff pro se, at other known addresses for the Plaintiff pro se, Patrick Dullen, 73658-012, NEOCC, 2240 Hubbard Road, Youngstown, Ohio 44505 and Patrick Dullen, Elmira Correctional Facility, P.O. Box 500, Elmira, New York 14902-0500

　　　On October 13, 2005, this office received the Motion Requesting Enlargement of Time to Respond with a return address of Patrick Dullen, 73658-012, NEOCC, H-Unit A2/224L, Federal Medical Center - Devens, P.O. Box 779, Ayer, MA 01432. A copy of the DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was sent to the Plaintiff at this address by first-class Mail, postage prepaid.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　Commonwealth of Massachusetts
　　　　　　　　　　　　　　　　　By Its Attorney,

　　　　　　　　　　　　　　　　　THOMAS F. REILLY
　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　William P. O'Neill  BBO#379745
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　Western Massachusetts Division
　　　　　　　　　　　　　　　　　1350 Main Street
　　　　　　　　　　　　　　　　　Springfield, MA 01103-1629
　　　　　　　　　　　　　　　　　(413)784-1240 FAX: 784-1244