Patrick E. Dullen, pro se
#73658-012
H-Unit 2-224 L
Federal Medical Center, Devens
P.O. Box 879
Ayer, Ma. 01432

November 12, 2005

United States District Court
Office of the Clerk of Court
United States Courthouse
1550 Main Street
Springfield, Ma. 01103

Re: 05-cv-30101 (KPN)
Dullen -v- MacDonald, et al

Dear Clerk,

    I am writing in regards to the above named case in front of your Court. My respond by date is 11-14-05. I just found out today that the legal mail here was not picked up as it should have been due to the holiday.

    I deposited it on 11-9-05 and was informed today that it will not arrive at your office until the 15th or 16th. I will appreciate any assistance you can afford me. Thank you for your time and kind consideration.

Sincerely,
Patrick E. Dullen
Patrick E. Dullen, pro se