UNITED STATES DISTRICT COURT
District of Massachusetts

| | | |
|---|---|---|
| PATRICK DULLEN, | ) | JUDGMENT IN A CIVIL CASE |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-30101-KPN |
| | ) | |
| FRANKLIN COUNTY HOUSE OF | ) | |
| CORRECTION, et al., | ) | |
| Defendants | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered for Defendants in accord with the court's Memorandum and

Order with regard to Defendants' Motion for Summary Judgment (Doc. Nos. 14 and 20).

November 30, 2005              Sarah A. Thornton
Date                           Clerk

                               By:   /s/ Bethaney A. Healy
                                     Deputy Clerk