United States District Court
for the
District of Massachusetts

FILED
CLERK'S OFFICE
2005 DEC 14  A 10:4[?]
U.S. DISTRICT COURT
DISTRICT OF MASS

Patrick E. Dullen, pro se
    Plaintiff

Civil Action
No. 05-cv-30101 (KPN)

-v-

Franklin County House of
Corrections, et al
    Defendants

Notice of Appeal

## Notice of Appeal of Order Granting Summary by District Court of the Above Civil Case

Now Comes the Plaintiff Patrick E. Dullen, filing with this Honorable Court a Notice of Appeal in the above encaptioned case, based on:

1. The District Court failed addressing all the issues brought forth by the Plaintiff:
    a. the Plaintiff was never allowed to amend his original complaint before a dismissal.
    b. the Plaintiff brought forth the fact that were the Court to dismiss the Defendants in their Official or Supervisory capacities, he should still be allowed to proceed to move forward in their personal capacities.

    c. the Plaintiff never received a "Report and Reccomendation.

    d. has never received a Marshall's report of service.

2. The Court dismisses and grants judgment to the Defendants on the question of dental care, when there is a great number of cases that show the Court's sustaining the Plaintiff's claim in regard to dental care.

    a. See Ramos v. Lamm, 639 F.2d 559 also; Boyd v. Knox, 47 F.3d 966, 969 also; Chance v. Armstrong, 143 F.3d 698, 703-04 also; Hunt v. Dental Department, 865 F.2d 198-200

For the above stated reasons the Plaintiff gives notice of appeal.

Executed on, Dec. 7, 2005

Respectfully Submitted,

Patrick E. Dullen

Patrick E. Dullen, pro se
73658-012
H Unit 2-224 L
F.M.C., Devens
P.O. Box 879
Ayer, Ma, 01432

Certificate of Service

I certify I have mailed by First-Class, Pre-Paid, U.S. Postage a true copy of the attached Motion to Assistant Attorney General of the Western District of Massachossetts located at; 1350 Main Street, Springfield, Ma. 01103-1629 by placing this Certificate in the institution legal mail box on 12-  -05 located in front of dining hall A.

Respectfully,

Patrick E. Dullen
Patrick E. Dullen
Patrick E. Dullen, pro se