## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-30101

Patrick E. Dullen

v.

Franklin County House of Correction

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/14/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 20, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/21/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
### CIVIL DOCKET FOR CASE #: 3:05-cv-30101-KPN

Dullen v. Macdonald et al
Assigned to: Magistrate Judge Kenneth P. Neiman
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/27/2005
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Patrick E. Dullen**  represented by  **Patrick E. Dullen**
73658-012
H-Unit A2/224L
Federal Medical Center, Devens
P.O. Box 779
Ayer, MA 01432
PRO SE

V.

**Defendant**

**Sheriff Macdonald**  represented by  **William P. O'Neill**
Office of the Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
413-784-1240 x107
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Franklin County Sheriff's Department**  represented by  **William P. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Franklin County House of Corrections and Jail**  represented by  **William P. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Byron**
*Superintendent*  represented by  **William P. O'Neill**
(See above for address)

|   |   |   |
|---|---|---|
|   |   | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Sheperd**
*Deputy Superintendent*

represented by **William P. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hall**
*Deputy Superintendent*

represented by **William P. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fitzpatrick**
*Deputy Superintendent*

represented by **William P. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Food Service Administrator**

represented by **William P. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Challett**
*Correctional Officer (C/O)*

represented by **William P. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Winn**
*Correctional Officer (C/O)*

represented by **William P. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nurse Practitioner Bimm**
*TERMINATED: 05/12/2005*

**Defendant**

**Franklin County House of Corrections Medical Department**

represented by **William P. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nurse Morningstar**
*Medical Administrator*

represented by **William P. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Hsu**
*Dentist for Franklin County House of Corrections Medical Department*

represented by **William P. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/27/2005 | 1 | Pltf's MOTION for Leave to Proceed in forma pauperis by Patrick E. Dullen filed.(Finn, Mary) (Entered: 04/27/2005) |
| 04/27/2005 | 2 | Judge Kenneth P. Neiman : ORDER entered granting the Pltf's1 Motion for Leave to Proceed in forma pauperis; cc/Pltf. (Finn, Mary) (Entered: 04/27/2005) |
| 04/27/2005 | 3 | COMPLAINT against Food Service Administrator, Challett, Winn, Macdonald, Franklin County Sheriff's Department, Franklin County House of Corrections and Jail, Byron, Sheperd, Hall, Fitzpatrick by Patrick E. Dullen filed. Filing fee of $250.00 waived. (IFP). Magistrate Judge Consent Form and Blank summons and marshals forms to Pltf. (Finn, Mary) (Entered: 04/27/2005) |
| 04/27/2005 | 4 | AMENDED COMPLAINT against Bimm, Franklin County House of Corrections Medical Department, Morningstar, Food Service Administrator, Challett, Winn, Macdonald, Franklin County Sheriff's Department, Franklin County House of Corrections and Jail, Byron, Sheperd, Hall, Fitzpatrick by Patrick E. Dullen filed. Magistrate Judge Consent Form, Blank summons and marshals forms to Pltf.(Finn, Mary) (Entered: 04/27/2005) |
| 05/12/2005 | 5 | Letter/request (non-motion) from Pltf. Patrick E. Dullen stating that Nurse Practitioner Bimm was put in his complaint in error. Party to be terminated.(Finn, Mary) (Entered: 05/12/2005) |
| 05/12/2005 | 6 | CONSENT to Jurisdiction by US Magistrate Judge filed. Document not scanned and placed in the vault. (Finn, Mary) Additional attachment(s) added on 8/26/2005 (Finn, Mary). (Entered: 05/12/2005) |
| 05/12/2005 |  | Marshals Forms and Summons Issued as to Food Service Administrator, C/O Challett, C/O Winn, Franklin County House of Corrections Medical Department, Morningstar, Macdonald, Franklin County Sheriff's Department, Franklin County House of Corrections and Jail, Byron, Sheperd, Hall, Fitzpatrick and forwarded to the Marshals for service. (Finn, Mary) (Entered: 05/12/2005) |
| 05/16/2005 | 7 | Letter/request (non-motion) from Patrick E. Dullen filed. (Finn, Mary) (Entered: 05/17/2005) |



| | | |
|---|---|---|
| 05/16/2005 | 8 | Pltf's Memorandum (put in as an AMENDED COMPLAINT) against Dr. Hsu, Dentist, Marilyn Morningstar by Patrick E. Dullen filed.(Finn, Mary) (Entered: 05/17/2005) |
| 05/17/2005 | | Summons and Marshals Form Issued as to Dr. Hsu., Facitlity Dentist and forwarded to the Marshals for service. (Finn, Mary) Modified on 5/17/2005 (Finn, Mary). (Entered: 05/17/2005) |
| 05/19/2005 | 9 | NOTICE of Appearance by William P. O'Neill on behalf of Food Service Administrator, Challett, Winn, Franklin County House of Corrections Medical Department, Morningstar, Hsu, Macdonald, Franklin County Sheriff's Department, Franklin County House of Corrections and Jail, Byron, Sheperd, Hall, Fitzpatrick (Lindsay, Maurice) (Entered: 05/19/2005) |
| 06/02/2005 | 10 | NOTICE of Change of Address by Patrick E. Dullen (Lindsay, Maurice) (Entered: 06/02/2005) |
| 06/27/2005 | 11 | NOTICE of Change of Address by Patrick E. Dullen (Lindsay, Maurice) (Entered: 06/27/2005) |
| 07/05/2005 | 12 | Marshals return of service re: SUMMONS Returned Executed as to Defts. Food Service Administrator, Challett, Winn, Franklin County House of Corrections Medical Department, Morningstar, Hsu, Macdonald, Franklin County House of Corrections and Jail, Byron, Sheperd, Hall and Fitzpatrick. ALL served on 6/29/2005. Answer due 7/19/2005. (Finn, Mary) (Entered: 07/05/2005) |
| 07/20/2005 | 13 | NOTICE of Change of Address by Patrick E. Dullen (Lindsay, Maurice) (Entered: 07/20/2005) |
| 08/02/2005 | 14 | Dft's MOTION for Summary Judgment by Food Service Administrator, Challett, Winn, Franklin County House of Corrections Medical Department, Morningstar, Hsu, Macdonald, Franklin County Sheriff's Department, Franklin County House of Corrections and Jail, Byron, Sheperd, Hall, Fitzpatrick.(Lindsay, Maurice) (Entered: 08/02/2005) |
| 08/26/2005 | 15 | All parties having consented to the random assignment to Magistrate Judge Neiman, this case will remain before the Magistrate Judge.. (Finn, Mary) (Entered: 08/26/2005) |
| 08/29/2005 | 16 | NOTICE of Change of Address by Patrick E. Dullen filed. (Finn, Mary) (Entered: 08/29/2005) |
| 08/30/2005 | 17 | Judge Kenneth P. Neiman : MEMORANDUM AND ORDER entered. The Defts' motion for S/J - 14 is ALLOWED, judgment shall enter in their favor, and the case will be closed; cc/cl. and Pltf. (Finn, Mary) (Entered: 08/30/2005) |
| 08/30/2005 | 18 | Judge Kenneth P. Neiman : JUDGMENT entered for the Defts' pursuant to the Memorandum and Order of the Court entered this date granting the Defts' motion for S/J; cc/cl. and Plf. (Finn, Mary) (Entered: 08/30/2005) |
| 09/15/2005 | 19 | MOTION for Reconsideration re 17 Order on Motion for Summary |

| | | |
|---|---|---|
| | | Judgment by Patrick E. Dullen.(Healy, Bethaney) (Entered: 09/21/2005) |
| 09/21/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 19 Motion for Reconsideration of Order allowing Defendant's Motion for Summary Judgment, ENTERED, cc:cl. ALLOWED. Defendants shall serve Plaintiff, and provide a certificate of service to the court, by no later than October 3, 2005. Plaintiff shall file his opposition to Defendants' Motion for Summary Judgment by no later than October 24, 2005. So ordered. (Healy, Bethaney) (Entered: 09/21/2005) |
| 09/27/2005 | 20 | Dft's MOTION for Summary Judgment by Food Service Administrator, Challett, Winn, Franklin County House of Corrections Medical Department, Morningstar, Hsu, Macdonald, Franklin County Sheriff's Department, Franklin County House of Corrections and Jail, Byron, Sheperd, Hall, Fitzpatrick.(Lindsay, Maurice) (Entered: 09/27/2005) |
| 10/05/2005 | 21 | Dft's Supplemental CERTIFICATE OF SERVICE by Challett, Franklin County House of Corrections Medical Department, Morningstar, Franklin County Sheriff's Department, Franklin County House of Corrections and Jail, Byron, Sheperd, Hall, Fitzpatrick re 20 MOTION for Summary Judgment. (Lindsay, Maurice) (Entered: 10/05/2005) |
| 10/13/2005 | | Case Reopened (Lindsay, Maurice) (Entered: 10/13/2005) |
| 10/13/2005 | 22 | NOTICE of Change of Address by Patrick E. Dullen (Lindsay, Maurice) (Entered: 10/13/2005) |
| 10/13/2005 | 23 | MOTION for Extension of Time to 30 days to File Response by Patrick E. Dullen.(Lindsay, Maurice) (Entered: 10/13/2005) |
| 10/14/2005 | 24 | Dft's Second Supplemental CERTIFICATE OF SERVICE by Franklin County House of Corrections Medical Department, Morningstar, Hsu, Macdonald, Franklin County Sheriff's Department, Franklin County House of Corrections and Jail, Hall re 20 MOTION for Summary Judgment, and 14 MOTION for Summary Judgment. (Lindsay, Maurice) (Entered: 10/14/2005) |
| 10/14/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 23 Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment, ENTERED, cc:cl. ALLOWED as follows: Clerk shall serve Plaintiff with a copy of Defendants' Motion for Summary Judgment. Plaintiff shall file his response to Defendants' motion by no later than November 14, 2005. THERE SHALL BE NO FURTHER CONTINUANCES. (Healy, Bethaney) (Entered: 10/14/2005) |
| 10/14/2005 | | Remark: Clerk forwarded a copy of the court's ruling on Plaintiff's Motion for Extension of Time, as well as a copy of Defendants' Motion for Summary Judgment to Plaintiff at his FMC-Devens address. (Healy, Bethaney) (Entered: 10/14/2005) |
| 11/15/2005 | 25 | Ptf's Letter/request (non-motion) from Patrick E. Dullen, regarding filing deadline. (Lindsay, Maurice) (Entered: 11/15/2005) |
| 11/16/2005 | 26 | Ptf's RESPONSE to Dft's 20 and 14 MOTIONS for Summary Judgment |

| | | |
|---|---|---|
| | | filed by Patrick E. Dullen. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Lindsay, Maurice) (Entered: 11/16/2005) |
| 11/30/2005 | 27 | Magistrate Judge Kenneth P. Neiman. MEMORANDUM AND ORDER with regard to Defendants' Motion for Summary JudgmentENTERED, cc:cl/Pltf. "...In sum, Plaintiff's efforts have fallen short and the court has little choice but to ALLOW Defendants' motion. Judgment shall enter in Defendants' favor and the case will be closed." (Healy, Bethaney) (Entered: 11/30/2005) |
| 11/30/2005 | 28 | Magistrate Judge Kenneth P. Neiman. JUDGMENT in favor of Defendants against Plaintiff ENTERED, cc:cl/Pltf.(Healy, Bethaney) (Entered: 11/30/2005) |
| 12/14/2005 | 29 | NOTICE OF APPEAL as to 28 Judgment by Patrick E. Dullen. (NOTE: FEE HAS NOT BEEN PAID) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/3/2006. (Lindsay, Maurice) (Entered: 12/14/2005) |
| 12/14/2005 | | Remark: Sent complete case file to Boston clerks office to be certified to Appeals Court. (Entered: 12/14/2005) |