*DCMM*

*Clerk*

# United States Court of Appeals
## For the First Circuit

No. 06-1032
DC No. 05-30101

PATRICK E. DULLEN
Plaintiff - Appellant

v.

SHERIFF MACDONALD; FRANKLIN COUNTY SHERIFF'S DEPARTMENT;
FRANKLIN COUNTY HOUSE OF CORRECTIONS AND JAIL;
SUPERINTENDENT BYRON; DEPUTY SUPERINTENDENT SHEPERD;
DEPUTY SUPERINTENDENT HALL; DEPUTY SUPERINTENDENT
FITZPATRICK; FOOD SERVICE ADMINISTRATOR;
CORRECTIONAL OFFICER CHALLETT; CORRECTIONAL OFFICER WINN;
FRANKLIN COUNTY HOUSE OF CORRECTIONS MEDICAL DEPARTMENT;
NURSE MORNINGSTAR, Medical Administrator; DR. HSU, Dentist
for Franklin County House of Corrections Medical Department
Defendants - Appellees

NURSE PRACTITIONER BIMM
Defendant

**ORDER OF COURT**
**Entered:    February 17, 2006**

The appellant listed above is a prisoner seeking to appeal in
forma pauperis and has applied to proceed without prepayment of the
$255 filing fee under the Prison Litigation Reform Act (PLRA), 28
U.S.C. § 1915(a)(2). Appellant has completed and filed a consent
form permitting appropriate prison officials to calculate and
collect in installments the $255 filing fee from appellant's prison
trust account in accordance with the terms of 28 U.S.C. §1915(b)(1)
and (2).

1. Pursuant to the consent form signed by the appellant, the
custodian of this appellant's inmate trust account is directed to
**calculate, collect and forward to the Clerk of the United States**

**District Court for the District of Massachusetts**, as payment for the initial partial filing fee under 28 U.S.C. §1915(b)(1), 20% of the greater of:

      (a) the average monthly deposits to the inmate trust account; or

      (b) the average monthly balance in the inmate trust account, for the 6 months immediately preceding the filing of the notice of appeal on **December 14, 2005.** That sum should be deducted from appellant's prison account until the initial partial filing fee is paid.

2. After the initial partial filing fee is paid in full, pursuant to 28 U.S.C. §1915(b)(2) and the consent form executed by appellant, appellant's custodian is directed to calculate and remit each succeeding month on a continuing basis 20% of the preceding month's income credited to appellant's account, but only when the amount in the account exceeds $10, until the full $255 filing fee is paid. **Each payment shall reference the docket number of this appeal and the district court docket number and be paid to the district court.**

3. Appellant's custodian shall notify this court and the Clerk of the United States District Court if the appellant is transferred to another institution or released.

4. A copy of this order shall be sent to appellant's custodian and to the Clerk of the United Stated District Court for the District of Massachusetts. A copy of appellant's authorization shall be sent to the custodian.

          By the Court:

          Richard Cushing Donovan, Clerk

          JULIE GREGG

      By:_____
          Operations Manager

[Certified copy to Sarah Thornton, Clerk of the USDC of MA, and Christina Sullivan, Act. Tech., Inmate Accounts FMC Devens, cc: Messrs. Dullan, O'Neil]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By_____ Date: 2/17/06

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

RE: 06-1032  Dullen v. Macdonald (District Court #05-30101)

2006 FEB 16 A 11: 10

To Be Filed By: 2/16/06

FILED IN CLERKS OFFICE
**PRISONER TRUST ACCOUNT REPORT** OF APPEALS
FOR THE FIRST CIRCUIT

Name: _Patrick E. Dullen_____    NUMBER: _73658-012_

*****************************************************************

TO:    Trust Officer
FROM:  Clerk, U.S. Court of Appeals for the First Circuit

Under the Prisoner Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a **certified copy** of the prisoner's trust account statement for the six months prior to filing of the appeal.

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of the due date shown at the top of the form.

DATE OF FILING NOTICE OF APPEAL:          12/14/05

BALANCE at time of filing notice of appeal:    $0.00

AVERAGE MONTHLY DEPOSITS during the six
months prior to filing of the notice of
appeal:                                        $2.15(8)

AVERAGE MONTHLY BALANCE during the six
months prior to filing of the notice of
appeal:                                        $0.78

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown. The attached ledger sheets for the six-month period prior to 12/14/05 are true copies of account records maintained in the ordinary course of business.

DATE: _02/13/2006_

AUTHORIZED SIGNATURE: _Sullivan_

NAME AND TITLE: _CHRISTINA SULLIVAN  ACCT. TECH - INMATE ACCOUNTS._
ADDRESS: _FMC DEVENS_
_PO BOX 880_
_AYER, MA 01432_

Form 1

Date: 02/13/2006
Time: 1:37:42 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Start Date: 06/01/2005
End Date: 02/13/2006
Inmate Reg#: 73658012
Account Status: All
Institution: All

Facility: DEV

Date: 02/13/2006
Time: 1:37:42 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: DEV

### General Information

| | |
|---|---|
| Inmate Reg#: | 73658012 |
| Inmate Name: | DULLEN, PATRICK E |
| Current Site Name: | Devens FMC |
| Housing Unit: | H UNIT |

| | |
|---|---|
| Living Quarters: | H02-224L |
| Arrived From: | ATL |
| Transferred To: | |
| Account Creation Date: | 4/21/2004 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 08/03/2005 04:17:56 AM | TX080305 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| **Total Transactions:** | | **1** | | | | | | |
| BRO | 08/03/2005 04:17:56 AM | TX080305 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| **Total Transactions:** | | **1** | | | | | | |
| OKL | 08/18/2005 04:22:11 AM | TX081805 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| **Total Transactions:** | | **1** | | | | | | |
| DEV | 08/18/2005 05:22:10 AM | TX081805 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| **Total Transactions:** | | **1** | | | | | | |
| OKL | 09/07/2005 08:35:20 AM | 5IPP0805 | | | Payroll - IPP | $4.20 | | $4.20 |
| OKL | 09/07/2005 09:03:59 AM | 13 | | | Sales | ($4.20) | | $0.00 |
| OKL | 09/14/2005 07:28:32 AM | 5IPP0905 | | | Payroll - IPP. | $1.68 | | $1.68 |
| OKL | 09/14/2005 08:07:58 AM | 12 | | | Sales | ($1.55) | | $0.13 |
| OKL | 09/20/2005 05:46:23 AM | TX092005 | | | Transfer - Out to TRUFACS | ($0.13) | | $0.00 |
| **Total Transactions:** | | **5** | | | | | | |
| ATL | 09/20/2005 06:46:23 AM | TX092005 | | | Transfer - In from TRUFACS | $0.13 | | $0.13 |
| **Total Transactions:** | | **1** | | | | | | |
| DEV | 09/22/2005 04:54:36 AM | TX092205 | | | Transfer - In from TRUFACS | $0.13 | | $0.13 |
| **Total Transactions:** | | **1** | | | | | | |
| ATL | 09/22/2005 04:54:36 AM | TX092205 | | | Transfer - Out to TRUFACS | ($0.13) | | $0.00 |
| **Total Transactions:** | | **1** | | | | | | |
| DEV | 10/08/2005 05:36:51 AM | 70142901 | | | Lockbox - CD | $6.99 | | $7.12 |
| DEV | 10/25/2005 05:43:11 PM | 31 | | | Sales | ($5.29) | | $1.83 |
| **Total Transactions:** | | **1** | | | | | | |

Date: 02/13/2006
Time: 1:37:43 pm

Facility: DEV

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

| Inmate Reg#: | 73658012 |
| Inmate Name: | DULLEN, PATRICK E |
| Current Site Name: | Devens FMC |
| Housing Unit: | H UNIT |

### General Information

| Living Quarters: | H02-224L |
| Arrived From: | ATL |
| Transferred To: | |
| Account Creation Date: | 4/21/2004 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 10/25/2005 05:44:05 PM | 32 | | | Sales | ($1.65) | | $0.18 |
| DEV | 10/31/2005 01:15:00 PM | FICD1005 - 81 | | | Debt Encumbrance | $0.00 | ($0.18) | |
| DEV | 11/16/2005 01:49:37 PM | 34 | | | Sales | $0.18 | | $0.18 |
| **Total Transactions:** | **5** | | | | **Totals:** | **$0.18** | **($0.18)** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $0.00 | $0.00 | $0.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.18 |
| **Totals:** | **$0.00** | **$0.00** | **$0.18** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.18** |

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

**RE: 06-1032  Dullen v. Macdonald (District Court #05-30101)**

**To Be Filed By: 2/16/06**

2006 FEB 16  A 11: 35

**PRISON LITIGATION REFORM ACT (PLRA) CONSENT FORM**-CLERKS OFFICE
CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT OF APPEALS
OF THE FIRST CIRCUIT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Patrick E. Dullen            , # 73658-012   , hereby
give my consent that upon entry of a court order approving my
application to proceed without prepayment of fees and setting the
amount of the initial partial appellate filing fee, the appropriate
prison officials shall collect from my prison account and pay to
the appropriate district court an initial payment of twenty percent
of the greater of:

  (a)  the average monthly deposits to my account for the
       six-month period immediately preceding the filing of
       my notice of appeal; or

  (b)  the average monthly balance in my account for the
       six-month period immediately preceding the filing
       of my notice period.

     In satisfaction of the balance of the filing fee, I consent
for the appropriate prison officials to collect from my account, on
a monthly basis, an amount equal to twenty percent of the income
credited to my account for the preceding month if the balance in the
account for that month exceeds $10. The appropriate officer shall
forward the interim payment to the Clerk's Office,
       U.S. District Court of MA
       1 Courthouse Way
       Boston, MA  02210
until such time as the filing fee\* is paid in full.

Executed on the  9   day of February   , 2006 .

                                    Patrick E. Dullen
                                    SIGNATURE OF APPELLANT

                                    Patrick E. Dullen, pro se
                                    PRINT NAME

Form 2